# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-535-RPM-OES

DOUGLAS P. ALLEN,
Plaintiff

v.

JIM C. HODGE, individually and as President of ALLIED HOME MORTGAGE CAPITAL CORPORATION, a Texas corporation,
Defendants.

## ORDER GRANTING MOTION TO STRIKE

The Court, being duly advised in the above-referenced case, hereby enters this ORDER granting Plaintiff's Motion to Strike. Having shown good cause, Plaintiff's request for a Motion to Strike erroneous filing dated July 1, 2005, is hereby GRANTED and will be deleted from the record.

IT IS SO ORDERED.

DATED this 5thday of July, 2005.          s/Richard P. Matsch

                                          _____

                                          United States District Court Judge

114416v1