IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00535-RPM-OES

DOUGLAS P. ALLEN,

    Plaintiff(s),

v.

JIM C. HODGE, et al.,

    Defendant(s).

---

## ORDER DENYING DEFENDANTS' COMBINED MOTIONS

---

On April 29, 2005, the defendants filed a combined motion to dismiss for lack of personal jurisdiction, failure to state a claim, for more definite statement and, alternatively to transfer venue.  The plaintiff filed a response on June 20, 2005.  No reply was filed.  Upon review of the papers, including the affidavit of Douglas P. Allen, attached as Exhibit A to the plaintiff's response, it is

ORDERED that the defendants' motions are denied.  It is

FURTHER ORDERED that the order of reference to Magistrate Judge Schlatter is vacated and it is

FURTHER ORDERED a scheduling conference will be held on **September 16, 2005, at 2:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **www.cod.uscourts.gov/judges_frame.htm** and use the format provided with those instructions.  Proposed orders are to be double-spaced.  In addition, the proposed Scheduling

Order in WordPerfect format shall be submitted by e-mail to

**Matsch_Chambers@cod.uscourts.gov**.

Dated: July 28th, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge