IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-00535-RPM-OES

DOUGLAS P. ALLEN,

    Plaintiff(s),

v.

JIM C. HODGE, et al.,

    Defendant(s).

---

## ORDER DENYING MOTION FOR RECONSIDERATION

---

On July 28, 2005, this Court entered an order denying defendants' combined motions. Later in the day, the defendants submitted a motion for reconsideration, attaching a copy of the reply in support of the motions which the Court had not seen at the time of entry of the order. Having now reviewed the reply, it is

    ORDERED that the motion for reconsideration is denied.

    Dated: July 29th, 2005

                      BY THE COURT:

                      s/Richard P. Matsch

                      _____
                      Richard P. Matsch, Senior District Judge