IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 05-cv-0535-RPM-CBS

DOUGLAS P. ALLEN,

    Plaintiff,

v.

JIM C. HODGE, individually and as President of
ALLIED HOME MORTGAGE CAPITAL CORPORATION,
a Texas corporation,

    Defendants.

_____

### ORDER GRANTING STIPULATION FOR DISMISSAL
_____

The Court having reviewed the parties' Stipulated Motion for Dismissal and it is HEREBY GRANTED.

1.) Plaintiff's claims against Jim C. Hodge are dismissed with prejudice.

2.) Plaintiff's claims against Allied Home Mortgage Capital Corporation are dismissed without prejudice.

3.) Defendants' counterclaims against Douglas P. Allen are dismissed without prejudice.

Dated: July 19th, 2006

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior District Judge